IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ZEYNEP UNAL,

    Plaintiff,

vs.                                Case No.  1:13-cv-00367 LAM/WPL

LOS ALAMOS PUBLIC SCHOOLS,
LOS ALAMOS PUBLIC SCHOOLS SCHOOL BOARD,
EUGENE SCHMITT, KATHRYN VANDENKIEBOOM,
in their individual capacities,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITS

    **THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Page Limits for Response and Exhibits (Doc. 141)*, filed on November 24, 2014.  Having reviewed the pleadings and being otherwise fully advised, the Court **FINDS** that the motion is well-taken and shall be **GRANTED.**

    **IT IS THEREFORE ORDERED** that Plaintiff is permitted to exceed the page limits for her response to Defendants' Motion for Summary Judgment and Memorandum in Support by twenty-six pages for a total of fifty pages, excluding exhibits.

    **IT IS SO ORDERED.**

                                                      _____
                                                      **THE HONORABLE LOURDES A. MARTINEZ**
                                                      **UNITED STATES MAGISTRATE JUDGE**
                                                      **Presiding by Consent**

2

Submitted by
*(Prior to modifications by the Court):*

<u>     /s/ Jamison Barkley           </u>
Kate Ferlic
Jamison Barkley
Egolf + Ferlic + Day
128 Grant Ave., Third Floor
Santa FE NM 87501
(505) 986-9641
kate@egolflaw.com
*Attorney for Plaintiff*


Approved by:

<u>Approved electronically 11/21/14</u>
Desiree Gurule
Brown Law Firm
2901 Juan Tabo Blvd. NE
(505) 292-9677
desiree@brownlawnm.com
*Attorney for Defendants*