IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ZEYNEP UNAL,

    Plaintiff,

vs.                                            Case No.  1:13-cv-00367 LAM/WPL

LOS ALAMOS PUBLIC SCHOOLS,
LOS ALAMOS PUBLIC SCHOOLS SCHOOL BOARD,
EUGENE SCHMITT, KATHRYN VANDENKIEBOOM,
in their individual capacities,

    Defendants.

## ORDER TO RE-FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**THIS MATTER** is before the Court *sua sponte* upon review of ***Zeynep Unal's Response in Opposition to Defendants' Motion for Summary Judgment** (Doc. 144)*.  Plaintiff's citations to documents in her response brief do not provide sufficient information for the Court to find the documents in the materials attached to the response brief.  For example, on page 7 of Document 144, Plaintiff cites to "Plaintiff's Initial Disclosure of Documents 44," but does not state where this exhibit is in her attached exhibits.  When Plaintiff filed her response brief, she titled Exhibit I "Plaintiff's Document Production;" however, the Court was unable to find page 44 anywhere in this document.  *See* [*Doc. 144-11*, Exhibit I].  In addition, Plaintiff cites to Bates numbers (*e.g.,* "BLF: Unal 00032," *Doc. 144* at 9), and to deposition exhibits (*e.g.,* "Ex. 12 to Dep. of Vandenkieboom," *id.*), but does not state where these documents can be found in the attachments to her response brief.

The Court will not search through the more than 150 pages of exhibits attached to Plaintiff's response brief to try to find the documents to which Plaintiff cites, nor will the Court

guess as to which document Plaintiff intends to cite. Therefore, in order for the Court to properly consider Plaintiff's response brief, the Court will require Plaintiff to re-file the document. The Court directs Plaintiff to follow the format of Defendants' motion for summary judgment [*Doc. 127*], in which Defendants cite to each exhibit attached to their motion by its corresponding exhibit letter, and cite to the page numbers of those exhibits when appropriate. *See, e.g.,* [*Doc. 127* at 6] (citing to "Exhibit 20 to Deposition of Kathryn Vandenkieboom, attached hereto as Exhibit D). This exhibit is also clearly marked as Exhibit D. *See* [*Doc. 127-4* at 1]. Plaintiff is directed to clearly mark each of her exhibits by number (since Defendants are using letters), and to cite to the exhibit by its number, as Defendants have done. Plaintiff shall further cite to the relevant page or paragraph number(s) of the exhibit, or clearly highlight the relevant portion of the exhibit, unless Plaintiff intends to cite to the entire exhibit. Plaintiff shall not cite to Bates numbers or include other citations that require the Court to search for the relevant documents.

**IT IS THEREFORE ORDERED** that Plaintiff shall re-file her response to Defendants' motion for summary judgment, as set forth above, **no later than Monday, January 26, 2015**.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**