IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ZEYNEP UNAL,

    Plaintiff,

vs.                                     Case No.   1:13-cv-00367 LAM/WPL

**LOS ALAMOS PUBLIC SCHOOLS,**
**LOS ALAMOS PUBLIC SCHOOLS SCHOOL BOARD,**
**EUGENE SCHMITT, KATHRYN VANDENKIEBOOM,**
in their individual capacities,

    Defendants.

## JUDGMENT

    Having granted *Defendants' Motion for Summary Judgment and Memorandum in Support (Doc. 127)*, by separate Memorandum Opinion and Order entered concurrently with this Judgment, and pursuant to Federal Rule of Civil Procedure 58,

    **IT IS HEREBY ORDERED** that judgment is entered in favor of Defendants, and this action is **DISMISSED**.

    **IT IS SO ORDERED.**

_____
**THE HONORABLE LOURDES A. MARTINEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**